95 P.3d 627

# SUPREME COURT OF HAWAI'I

Kim v. Reilly . . . . . . . . . . . . . . . . . . . . 24995     07/29/2004    Denied      105 Hawai'i 93,
                                                                                     94 P.3d 648

Harker v. Shamoto . . . . . . . . . . . . . . 25615     06/24/2004    Denied      104 Hawai'i 536,
                                                                                     92 P.3d 1046

Hayes v. Dutro . . . . . . . . . . . . . . . . . . 24733     07/13/2004    Granted     105 Hawai'i 66,
                                                                                     93 P.3d 1173

State v. Barros . . . . . . . . . . . . . . . . . . 25032     08/09/2004    Denied      105 Hawai'i 160,
                                                                                     95 P.3d 14

State v. McElroy . . . . . . . . . . . . . . . . 25190     08/02/2004    Granted     105 Hawai'i 379,
                                                                                     98 P.3d 250